■ In the Matter of DEIRDRE M. PRICE, Appellant, v HOWARD JENKINS, Respondent. [938 NYS2d 452]

Contrary to the mother's contention, the Family Court properly denied, without a hearing, her family offense petition against the father, without prejudice, as the petition was conclusory and failed to allege conduct that would constitute the offenses alleged therein (see Family Ct Act § 812 [1]; *Matter of Davis v Venditto*, 45 AD3d 837, 838 [2007]; *Matter of Morisseau v Morisseau*, 27 AD3d 651, 652 [2006]; *Matter of Vasciannio v Nedrick*, 305 AD2d 420, 421 [2003]; *Matter of Jones v Roper*, 187 AD2d 593 [1992]).

The mother's remaining contention is without merit. Dillon, J.P., Florio, Chambers and Roman, JJ., concur.